## File Hashes for IP Address 173.72.137.127

**ISP:** Verizon Online, LLC
**Physical Location:** Ashburn, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/31/2014 03:59:27 | FA8D0B9F665E467C64781AC8DE24DD92BD2E79B0 | Double Oh Heaven |
| 12/31/2014 03:51:27 | 1E97F2DCFD365473607999103DF49903CA998C68 | Tease Me Please Me |
| 12/30/2014 23:52:18 | A5D4830AAE367E3FB6371C30BEE5E226477FB9E4 | This Really Happened |
| 12/30/2014 07:30:24 | FC11782B70AA7239F0BA40589D6B845E5722192C | Summertime |
| 12/30/2014 07:25:37 | 0FF0B7182FBC423205C7E8DEBDB89B89101E32E1 | Fashion Models Are Bisexual |
| 12/07/2014 05:28:59 | D31250F2F583DFEFF9AC794E0CC750A74ABF46E6 | I Want You To Want Me |
| 12/07/2014 05:23:21 | DE24C3F03A30E1E0E3D7A2B66D4885E4A80D7549 | Still Mine |
| 10/11/2014 22:20:56 | 8B4960BEF62639C6513A1EAE1FB0E706AE78B00B | Awe Inspiring Orgy |
| 10/11/2014 22:13:16 | 10ABD6877DC073D6A8AC3F5C9D6C78820B135A65 | Instant Erotica |
| 08/20/2014 01:32:35 | 06AC7448218B6AC5F63B777630398DDCCD763FEC | Rope Priority |
| 08/20/2014 00:00:28 | 4F6D7C009DDC1DBE97EF793B9E87C7FAECE92C53 | Tie Her Up For Me |
| 08/19/2014 23:43:23 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 06/26/2014 18:42:34 | 18DC1288637E25D7B7C9976734A7CA9C79C6C7C9 | Get Wild at Home |
| 06/12/2014 19:08:54 | 00C13D33EBDBEDD8A8A3E4DA68B9A33B614E20A9 | Blindfold Me Baby |
| 05/12/2014 21:48:07 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 04/29/2014 23:06:06 | 4F8309110D236F5A477F4FD603D4628D8F7E97D2 | Zeppelin on Fire |
| 04/26/2014 03:01:20 | 6D64481BDA05F43BE6C4A7F94DD9A675867C1A2C | Double Daydreams |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

EVA203