## Copyrights-In-Suit for IP Address 173.72.137.127

ISP: Verizon Online, LLC
Location: Ashburn, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Double Oh Heaven | PA0001918736 | 10/15/2014 | 10/22/2014 | 12/31/2014 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 12/31/2014 |
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 12/30/2014 |
| Summertime | PA0001922274 | 11/09/2014 | 11/14/2014 | 12/30/2014 |
| Fashion Models Are Bisexual | PA0001926085 | 12/16/2014 | 12/29/2014 | 12/30/2014 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 12/07/2014 |
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 12/07/2014 |
| Awe Inspiring Orgy | PA0001917712 | 10/11/2014 | 10/19/2014 | 10/11/2014 |
| Instant Erotica | PA0001916058 | 10/06/2014 | 10/06/2014 | 10/11/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 08/20/2014 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 08/20/2014 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 08/19/2014 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 06/26/2014 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 06/12/2014 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 05/12/2014 |
| Zeppelin on Fire | PA0001874614 | 01/04/2014 | 01/05/2014 | 04/29/2014 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 04/26/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 17**

EXHIBIT B

EVA203