**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                                                                       Civil Action No. 1:15-cv-00364-AJT-TCB

JOHN DOE, subscriber assigned IP address
173.72.137.127,

        Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP address 173.72.137.127. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: June 25, 2015

                                                            Respectfully submitted,

                                                            By:    /s/ *William E. Tabot*
                                                            William E. Tabot PC
                                                           9248 Mosby Street
                                                           Manassas, VA 20110-5038
                                                           Phone: 703-530-7075
                                                           Email: wetabotesq@wetlawfirm.com
                                                           *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                        By: /s/ *William E. Tabot*_____
                                        William E. Tabot